1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  JOSE M. CRUZ,                                Case No.  1:18-cv-001127-AWI-BAM

12              Plaintiff,                       ORDER REQUIRING PLAINTIFF TO FILE
                                                 LONG FORM APPLICATION TO PROCEED
13         v.                                    WITHOUT PREPAYMENT OF FEES

14  ONLINE INFORMATION SERVICES,                 (ECF No. 2)

15              Defendant.                       **TWENTY (20) DAY DEADLINE**

16

17         Plaintiff Jose Cruz filed this action on August 21, 2018.  (ECF No. 1.)  Plaintiff did not pay

18  the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant

19  to 28 U.S.C. § 1915.  (ECF No. 2.)  Upon review of Plaintiff's application, he indicates that his

20  "gross pay or wages are: $16,000," and that he receives this pay "monthly."  Plaintiff, however left

21  the response for "take-home pay or wages" blank.  Without a complete application, the Court is

22  unable to determine whether Plaintiff receives $16,000 a month in gross pay or wages or whether

23  Plaintiff receives $16,000 a year, distributed monthly. Monthly wages of $16,0000 is an amount

24  well above the poverty threshold and would disqualify Plaintiff from proceeding in forma pauperis.

25  As written, Plaintiff's application is insufficient for the Court to determine if he is entitled to

26  proceed without prepayment of fees in this action.

27         Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed

28  in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  Plaintiff must

1

adequately answer the questions presented on the form.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:  __**August 22, 2018**__          ____/s/ _Barbara A. McAuliffe_____

UNITED STATES MAGISTRATE JUDGE