## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                                                **JUDGMENT IN A CIVIL CASE**

**JOSE M. CRUZ,**

                                                                       CASE NO: **1:18–CV–01127–AWI–BAM**

              v.

**ONLINE INFORMATION SERVICES, INC.,**

---

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

      **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/11/2019**

                                                        **Marianne Matherly**
                                                        Clerk of Court

   ENTERED: **June 11, 2019**

                                        by:  /s/  A. Jessen
                                                      Deputy Clerk